trustees the assurance that he would have William Kenefick trustee, make such an agreement the next day, the 22d day of November, 1904.   Hence all the authorities cited by appellant to establish the proposition that a court of equity would relieve from the obligations of a contract which was against public policy, and in favor of one of the parties in pari delicto, have no application to this case.

We do not deem it necessary to consider the other heads discussing the assignment of errors, as the case in our judgment is fully presented in the points considered in this opinion.

It is our opinion that the judgment of the court below, in sustaining the demurrer and dismissing the bill, was correct, and it is therefore hereby affirmed.

GILL, C. J., and CLAYTON, J. concur.

---

●

HUDSON VS STUCKEY ET AL.
Opinion rendered Sept. 26, 1907.
(104 S. W. Rep. 657).

Appeal from the United States Court for the Western District of the Indian Territory; before Justice Louis Sulzbacher, April 16, 1906.

Suit by William B. Hudson against W. L. Stuckey, trustee, and others.  From an adverse judgment, plaintiff appeals.   Affirmed.

*W. M. Matthews*, for appellant.

*W. L. Stuckey*, for appellees.

TOWNSEND, J.   This case stands upon the same footing, both as to the law and the facts, as Farrington vs Stuckey

(decided at this term) 104 S. W. 647, and, following the opinion in that case, the judgment of the lower court in this case is affirmed.

GILL, C. J., and CLAYTON, J., concur.

————————————.

DESKIN vs STUCKEY ET AL.
Opinion rendered Sept. 26, 1907.
(104 S. W. Rep. 657).

Appeal from the United States Court for the Western District of the Indian Territory; before Justice Louis Sulzbacher, April 16, 1906.

Suit by Andrew J. Deskin against W. L. Stuckey, trustee, and others. From an adverse judgment, plaintiff appeals. Affirmed.

*W. M. Matthews*, for appellant.

*W. L. Stuckey*, for appellees.

TOWNSEND, J. This case stands upon the same footing, both as to the law and the facts, as Farrington vs Stuckey (decided at this term) 104 S. W. 647, and, following the opinion in that case, the judgment of the lower court in this case is affirmed.

GILL, C. J., and CLAYTON, J., concur.